IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN L. SKAGGS,

       Plaintiff,

                                  Civil Action 2:12-cv-47

v.                            Judge Edmund A. Sargus, Jr.

                                  Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

## ORDER

This matter is before the Court for consideration of the United States Magistrate Judge's

February 11, 2013 Report and Recommendation. (ECF No. 17.) The Magistrate Judge

recommended that the Court reverse the Commissioner of Social Security's non-disability

finding and remand this case to the Social Security Administration pursuant to Sentence Four of

42 U.S.C. § 405(g) for further consideration consistent with her Report and Recommendation.

The Report and Recommendation advises the parties that the failure to object to the

within fourteen days results in a "waiver of the right to have the district judge review the Report

and Recommendation *de novo.*" (Report and Recommendation 29, ECF No. 17.) The time

period for filing objections to the Report and Recommendation has expired. Neither party has

objected.

The Court has reviewed the Report and Recommendation. Noting that no objections have

been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report

and Recommendation. Accordingly, the Commissioner of Social Security's non-disability

finding is **REVERSED** and this action is **REMANDED** to the Commissioner and the ALJ under

Sentence Four of § 405(g) for further consideration consistent with the Magistrate Judge's

February 11, 2013 Report and Recommendation.

**IT IS SO ORDERED.**


3-1-2013
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

2