AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOHN L. SKAGGS,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-12-47**

**COMMISSIONER OF**       **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**       **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Defendant.**

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed March 1, 2013, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.**

Date: March 1, 2013                       JOHN P. HEHMAN, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk