## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JOHN L. SKAGGS,

        Plaintiff,

        v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Civil Action 2:12-cv-47
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

### ORDER

The Court **GRANTS** the parties' Joint Stipulation for an Award of Attorney Fees Under the Equal Access to Justice Act.   (ECF No. 23.) Defendant shall pay attorney's fees, expenses, and costs in the amount of $2,700.00.  In light of the parties' stipulation, the Clerk is **DIRECTED** to remove Plaintiff's Motion for Attorney Fees from the Court's pending motion list.  (ECF No. 22.)

      **IT IS SO ORDERED.**

4-30-2013
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**